# DIVIDENDS REMITTED TO THE COURT

Case Number 08-13356 - OSBORNE, NICHOLAS

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Roundup Funding, LLC**<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | 000006 | 610.71 | 3.87   CK 108 |
| **HSBC BANK NEVADA AND ITS ASSIGNS<br>BY ECAST SETTLEMENT CORPORATION<br>AS ITS AGENT<br>POB 35480<br>NEWARK NJ 07193-5480** | 000014 | 384.76 | 2.44   CK 110 |
| ---------- Remittance Total ---------- | | 995.47 | 6.31 |

*LAUREN A. HELBLING, Trustee*

FILED 2010 JAN 20 PM 3:33 — U.S. BANKRUPTCY COURT, NORTHERN DISTRICT OF OHIO, CLEVELAND